| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of __Delaware__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Southland Royalty Company LLC

2. **All other names debtor used in the last 8 years**    N/a

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    4 7 - 3 0 7 8 5 2 2

4. **Debtor's address**

   **Principal place of business**
   400 West 7th Street
   Number    Street

   Fort Worth            TX    76102
   City                  State    ZIP Code

   Tarrant
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    http://www.southlandroyaltyco.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Southland Royalty Company LLC    Case number (if known) _____
         Name

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2  1  1  1

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY
         District _____ When _____ Case number _____
                                MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
         District _____ When _____
                                      MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor    Southland Royalty Company LLC                                  Case number (if known)_____
             Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   Why does the property need immediate attention? (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   Where is the property? _____
                          Number    Street

   _____
   City                                          State    ZIP Code

   Is the property insured?
   ☐ No
   ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☒ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    Southland Royalty Company LLC _____    Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/27/2020
             MM / DD / YYYY

X _/s/ Frank A. Pometti_____    Frank A. Pometti_____
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer_____

**18. Signature of attorney**

X _/s/ M. Blake Cleary_____    Date  01/27/2020
Signature of attorney for debtor                 MM / DD / YYYY

M. Blake Cleary_____
Printed name

Young Conaway Stargatt & Taylor, LLP_____
Firm name

1000 North King Street_____
Number    Street

Wilmington_____    DE    19801
City                 State  ZIP Code

(302) 571-6714_____    mbcleary@ycst.com_____
Contact phone         Email address

3614_____    DE
Bar number    State

**Fill in this information to identify the case:**

Debtor name __Southland Royalty Company LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HALLIBURTON ENERGY SERVICES<br>PO BOX 301341<br>DALLAS TX, 75303-1341 | PHONE: 281-871-4000<br>FAX: 281-876-4455<br>EMAIL:<br>INGRID.ROBINSON@HALLIBURTON.COM | Trade Creditor | C/U/D | | | $11,290,861.81 |
| 2 | NABORS DRILLING TECHNOLOGIES USA, INC<br>P O BOX 206308<br>DALLAS TX, 75320-6308 | PHONE: 281-874-0035<br>FAX: 281-872-5205<br>EMAIL: | Trade Creditor | C/U/D | | | $ 3,777,820.61 |
| 3 | WAMSUTTER LLC<br>ONE WILLIAMS CENTER<br>P.O. BOX 2400<br>TULSA OK, 74120-2400 | PHONE: 505-632-4600<br>FAX:<br>EMAIL: | Trade Creditor | C/U/D | | | $ 3,129,236.40 |
| 4 | MRC GLOBAL (US) INC<br>P O BOX 240392<br>DALLAS TX, 75320-4392 | PHONE: 972-602-4070<br>FAX: 972-606-2615<br>EMAIL: INFO@MRCGLOBAL.COM | Trade Creditor | C/U/D | | | $ 2,664,019.85 |
| 5 | SPARTAN COMPANIES, LLC<br>618 NORTH MAIN, STE B<br>LOGAN UT, 84321 | PHONE: 855-277-2782<br>FAX:<br>EMAIL: INFO@SPARTANCOS.COM | Trade Creditor | C/U/D | | | $ 2,233,239.94 |
| 6 | F & S TRUCKING, INC<br>P O BOX 875<br>RAWLINS WY, 82301 | PHONE: 307-417-0224<br>FAX:<br>EMAIL: FRITZ.INC.WY@GMAIL.COM | Trade Creditor | C/U/D | | | $ 2,120,567.85 |
| 7 | BP AMERICA PRODUCTION COMPANY<br>PO BOX 696505<br>SAN ANTONIO TX, 78269 | PHONE: 312-856-2222<br>FAX: 210-870-1008<br>EMAIL: STEPHEN.DEGIUSTI@BP.COM;<br>THIERRY.RONDEAU@BP.COM | Joint Interest Billings | C/U/D | | | $ 1,341,428.31 |
| 8 | TAYLOR CONSTRUCTION, INC<br>P O BOX 1616<br>PINEDALE WY, 82941 | PHONE: 307-367-4155<br>FAX: 307-367-4804<br>EMAIL: | Trade Creditor | C/U/D | | | $ 1,130,978.36 |

Debtor: Southland Royalty Company LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | MOUNTAIN MUD SERVICE & SUPPLY INC<br>1301 E LINCOLN STREET<br>GILLETTE WY, 82716 | PHONE: 307-680-3181<br>FAX:<br>EMAIL: EISCHEID@MTMUD.NET | Trade Creditor | C/U/D | | | $ 1,007,488.03 |
| 10 | WYOMING DEPARTMENT OF REVENUE<br>122 W 25TH STREET<br>CHEYENNE WY, 82002-0110 | PHONE: 307-777-5200<br>FAX: 307-777-3632<br>EMAIL: DOR@WYO.GOV | Severance Taxes | C/U/D | | | $ 984,691.00 |
| 11 | DNOW LP<br>P O BOX 200822<br>DALLAS TX, 75320-0822 | PHONE: 281-823-4700<br>FAX: 281-823-5233<br>EMAIL: | Trade Creditor | C/U/D | | | $ 959,119.84 |
| 12 | ROCKY MOUNTAIN GREEN COMPLETIONS, LLC<br>P O BOX 836247<br>RICHARDSON TX, 75083-6247 | PHONE: 307-705-1478<br>FAX: 307-382-4187<br>EMAIL: | Trade Creditor | C/U/D | | | $ 920,432.39 |
| 13 | FLASH FUNDING, LLC FOR VALIANT INT PIPELINE, LLC<br>P O BOX 4745<br>HOUSTON TX, 77210 | PHONE: 832-778-0040<br>FAX:<br>EMAIL: VALIANTINTPIPELINE@GMAIL.COM | Trade Creditor | C/U/D | | | $ 915,483.50 |
| 14 | TERRY R PITT CONSTRUCTION INC<br>180 POLLUX DR<br>ROCK SPRINGS WY, 82901 | PHONE: 307-362-8077<br>FAX: 307-362-4717<br>EMAIL: SFRENCH@TERRYPITT.COM | Trade Creditor | C/U/D | | | $ 914,431.52 |
| 15 | WILLIAMS FIELD SERVICES CO LLC<br>PO BOX: 2400 MD 46<br>TULSA OK, 74102-2400 | PHONE: 918-573-2000<br>FAX:<br>EMAIL: JEFFRY.GOBEL@WILLIAMS.COM | Trade Creditor | C/U/D | | | $ 914,047.49 |
| 16 | R&M WELDING, INC<br>520 WINTON CIRCLE<br>ROCK SPRINGS WY, 82901 | PHONE: 307-362-6342<br>FAX: 307-362-3303<br>EMAIL: | Trade Creditor | C/U/D | | | $ 910,809.40 |
| 17 | HARVEST FOUR CORNERS, LLC<br>P O BOX 61229<br>1111 TRAVIS STREET<br>HOUSTON TX, 77208 | PHONE: 505-632-4600<br>FAX: 505-632-4628<br>EMAIL: | Trade Creditor | C/U/D | | | $ 815,648.97 |
| 18 | MS DIRECTIONAL, LLC<br>P O BOX 201567<br>DALLAS TX, 75320-1567 | PHONE: 936-442-2500<br>FAX: 936-442-2599<br>EMAIL: PCULBRETH@MSENERGYSERVICES.COM | Trade Creditor | C/U/D | | | $ 804,376.60 |
| 19 | ENTERPRISE FIELD SERVICES LLC<br>P O BOX 974364<br>DALLAS TX, 75397-4364 | PHONE: 713-381-6500<br>FAX:<br>EMAIL: | Trade Creditor | C/U/D | | | $ 676,728.55 |
| 20 | SEMINOLE PIPELINE COMPANY<br>P O BOX 972866<br>DALLAS TX, 75210-2866 | PHONE: 713-381-6500<br>FAX: 405-606-4534<br>EMAIL: | Trade Creditor | C/U/D | | | $ 666,107.98 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SOUTHLAND ROYALTY COMPANY LLC, | Case No. 20-_____ (___) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1

Southland Royalty Company LLC (the "*Debtor*") hereby submits, pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following list of corporations that directly or indirectly own 10% or more of the Debtor.

| Debtor | Direct and Indirect Corporate Owners |
|---|---|
| Southland Royalty Company LLC | Southland Royalty, L.P. (100%) |
| | Southland Holdings, LLC (100%) |

---

[1] The last four digits of the Debtor's United States federal tax identification number is 8522. The Debtor's mailing address is 400 West 7th Street, Fort Worth, Texas 76102.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SOUTHLAND ROYALTY COMPANY LLC, | ) ) ) | Case No. 20-_____ (___) |
| | ) | |
| Debtor.[1] | ) ) | |

**LIST OF EQUITY SECURITY HOLDERS**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(3)**

Southland Royalty Company LLC (the "*Debtor*") hereby submits, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following list of equity security holders.

| Name and address of interest holder | Percentage interest |
|---|---|
| Southland Royalty, L.P.<br>400 West 7th Street<br>Fort Worth, TX 76102 | 100% |

---

[1] The last four digits of the Debtor's United States federal tax identification number is 8522. The Debtor's mailing address is 400 West 7th Street, Fort Worth, Texas 76102.

NYDOCS03/1121707.1A                                1

Fill in this information to identify the case and this filing:

Debtor Name __Southland Royalty Company LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                              (State)

Case number (*if known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Consolidated Corporate Ownership Statement, List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/27/2020__         X  *[signature]*
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   __Frank A. Pometti__
                                   Printed name

                                   __Chief Restructuring Officer__
                                   Position or relationship to debtor

**RESOLUTIONS**
**of**
**SOUTHLAND ROYALTY COMPANY LLC**

**Adopted as of January 22, 2020**

The undersigned, being the requisite number of members of the Restructuring Committee of Southland Royalty Company LLC, a Delaware limited liability company (the "Company") and the requisite number of Managers comprising the Board of Managers (the "Board") of Southland Holdings, LLC, a Delaware limited liability company ("Southland Holdings"), hereby waive any and all requirements for calling, giving notice of and holding a meeting and, in lieu of such special meeting and pursuant to Section 18-302 of the Delaware Limited Liability Company Act (the "Act") and the Amended and Restated Limited Liability Company Agreement of Southland Holdings, dated as of March 1, 2019, hereby consent to, authorize, and approve the following resolutions with the same force and effect as if such resolutions had been duly presented and adopted at a special meeting held as of this date.

**WHEREAS**, Southland Holdings, LLC, a Delaware limited liability company, is the sole shareholder of Southland Royalty, Inc., a Delaware corporation ("Southland Inc.");

**WHEREAS**, Southland Inc. is the sole member of Southland Royalty GP, LLC, a Delaware limited liability company ("Southland GP");

**WHEREAS**, Southland GP is the general partner of Southland Royalty, L.P., a Delaware limited partnership ("Southland LP");

**WHEREAS**, Southland LP is the sole member of the Company; and

**WHEREAS**, all actions in the following resolutions are actions of the Board of Southland Holdings, in its capacity as the sole shareholder of Southland Inc., in Southland Inc.'s capacity as sole member of Southland GP, in Southland GP's capacity as general partner of Southland LP, in Southland LP's capacity as sole member of the Company.

**Commencement of Chapter 11 Case**

**WHEREAS,** the Company is indebted under a senior secured revolving credit facility, dated as of March 31, 2015, by and among the Company, Citibank, N.A., as administrative agent, and the other lenders and parties thereto (as amended and restated from time to time, the "Credit Agreement");

**WHEREAS,** the Restructuring Committee and the Board, as relevant, have considered one or more transactions to reorganize or restructure the indebtedness and capital structure of the Company, including, among other things, through (i) seeking relief under the provisions of Title 11 of the United States Code (the "Bankruptcy Code"), (ii) an out-of-court restructuring of the Company's indebtedness, (iii) an asset or equity sale to improve liquidity or facilitate a restructuring, (iv) other similar transactions, or (v) a combination of the above;

**WHEREAS**, the Restructuring Committee and the Board, as relevant, have received, reviewed and considered the recommendations of advisors and the relative risks and benefits of commencing a chapter 11 bankruptcy case, and the undersigned desire to approve in all respects, the filing of a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

**WHEREAS**, Section 6.1 of the Second Amended and Restated Limited Liability Company Agreement of the Company provides that the Company may file a voluntary case or seek relief under any chapter of Title 11 of the Bankruptcy Code upon express consent of Southland LP and a majority of the members of the Restructuring Committee of the Company.

**RESOLVED**, that the Company is hereby authorized, empowered and directed to: (i) execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code and (ii) cause the same to be filed in the Bankruptcy Court, in such form and at such time as such persons executing the petition shall determine, commencing a chapter 11 case on or about January 26, 2020 or such other date that the Restructuring Committee determines is in the best interest of the Company (the "Chapter 11 Case"); and

**RESOLVED**, that the Company is hereby authorized, empowered, and directed, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the Chapter 11 Case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds deemed necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 11 Case.

**Chapter 11 Case Advisors**

**WHEREAS**, on or before the date hereof, the Board approved and/or ratified the retention of the following financial and legal advisors to assist the Company in connection with the Chapter 11 Case:

(i) Shearman & Sterling LLP – general bankruptcy counsel to the Company
(ii) Young Conaway Stargatt & Taylor LLP – Delaware counsel to the Company
(iii) AP Services, LLC – as interim management services provider to the Company, including responsibilities for a Chief Restructuring Officer and Chief Administrative Officer
(iv) PJT Partners Inc. – investment banking advisor to the Company
(v) Epiq Corporate Restructuring, LLC – claims and notice agent to the Company

**RESOLVED**, that the law firm of Shearman & Sterling LLP, located at 2828 N. Harwood, Dallas, TX 75201, is hereby retained as general bankruptcy counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor LLP, located at Rodney Square, 1000 North King Street, Wilmington, DE, 19801, is hereby retained as Delaware counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

      **RESOLVED**, that the advisory firm of AP Services, LLC, located at 909 Third Avenue New York, NY 10022, is hereby retained as interim management services provider for the Company, including in respect of Chief Restructuring Officer and Chief Administrative Officer in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

      **RESOLVED**, that the investment banking and strategic advisory firm of PJT Partners Inc., located at 280 Park Avenue, New York, NY 10017, is hereby retained as investment banking advisor for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval; and

      **RESOLVED**, that the legal administrative services firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017, is hereby retained as claims and notice agent for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**General Authorization and Ratification**

      **RESOLVED**, that all actions taken prior hereto by the Company in connection with the transactions contemplated hereby and matters related thereto are hereby approved, ratified, and confirmed as the acts of the Company as if each such act had been presented to and approved by the Board, and where applicable, the Restructuring Committee, prior to being taken;

      **RESOLVED**, that the Company is hereby severally authorized and directed to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file all such further instruments as in its judgment shall be necessary, desirable or advisable in order to carry out the intent, and to accomplish the purposes, of the foregoing resolutions;

      **RESOLVED**, that each of the Managers of the Board and each of the members of the Restructuring Committee is hereby authorized and directed to certify these resolutions as may be deemed necessary, advisable or appropriate in the sole discretion of such person; and

      **RESOLVED**, that this written consent may be executed in several counterparts, each of which shall be deemed an original and all of which shall together constitute one and the same instrument.

Executed, effective as of the date first written above, by:

**MANAGERS OF SOUTHLAND HOLDINGS, LLC:**

*/s/ James S. Crain*
_____
James S. Crain

*/s/ Jason DeLorenzo*
_____
Jason DeLorenzo

*/s/ R. Stephen Meek III*
_____
R. Stephen Meek III

*/s/ David B. Miller*
_____
David B. Miller

*/s/ Mark A. Welsh IV*
_____
Mark A. Welsh IV

_____
Bob R. Simpson

_____
Keith A. Hutton

_____
Vaughn O. Vennerberg II

_____
Timothy L. Petrus

_____
Brent W. Clum

**SIGNATURE PAGE TO RESOLUTIONS OF SOUTHLAND ROYALTY COMPANY LLC –
MANAGERS OF SOUTHLAND HOLDINGS, LLC**

Executed, effective as of the date first written above, by:

**MANAGERS OF SOUTHLAND HOLDINGS, LLC:**

_____
James S. Crain

_____
Jason DeLorenzo

_____
R. Stephen Meek III

_____
David B. Miller

_____
Mark A. Welsh IV

_____
Bob R. Simpson

_____
Keith A. Hutton

_____
Vaughn O. Vennerberg II

_____
Timothy L. Petrus

_____
Brent W. Clum

SIGNATURE PAGE TO RESOLUTIONS OF SOUTHLAND ROYALTY COMPANY LLC –
MANAGERS OF SOUTHLAND HOLDINGS, LLC

Executed, effective as of the date first written above, by:

**MEMBERS OF THE RESTRUCTURING COMMITTEE OF SOUTHLAND ROYALTY COMPANY LLC:**

*/s/ Mark A. Welsh IV*
Mark A. Welsh IV

*/s/ R. Stephen Meek III*
R. Stephen Meek III


_____
Steven J. Pully

SIGNATURE PAGE TO RESOLUTIONS OF SOUTHLAND ROYALTY COMPANY LLC –
MEMBERS OF RESTRUCTURING COMMITTEE

Executed, effective as of the date first written above, by:

**MEMBERS OF THE RESTRUCTURING COMMITTEE OF SOUTHLAND ROYALTY COMPANY LLC:**

_____
Mark A. Welsh IV


_____
R. Stephen Meek III

*[signature: Steven J. Pully]*
_____
Steven J. Pully

**SIGNATURE PAGE TO RESOLUTIONS OF SOUTHLAND ROYALTY COMPANY LLC –
MEMBERS OF RESTRUCTURING COMMITTEE**