## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>SOUTHLAND ROYALTY COMPANY LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-10158 (KBO) |

### AGENDA FOR FIRST DAY HEARING
### AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>JANUARY 29, 2020 AT 10:00 A.M. (ET)</u>

**Location:**  **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

### PETITION AND RELATED PLEADINGS

1. Voluntary Chapter 11 Petition

    A. Southland Royalty Company LLC [20-10158]

2. Declaration of Frank A. Pometti in Support of Voluntary Petition, First Day Motions and Applications [D.I. 10, 1/27/20]

### MATTERS GOING FORWARD

3. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 3, 1/27/20]

    Status: This matter is going forward.

---

[1] The last four digits of the Debtor's United States federal tax identification number are 8522. The Debtor's mailing address is 400 West 7th Street, Fort Worth, Texas 76102.

25877528.1

4. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain Its Insurance Policies, (II) Enter Into and Finance New Insurance Policies, (III) Maintain Its Surety Program and (IV) Pay All Obligations in Respect of the Foregoing [D.I. 4, 1/27/20]

   Status: This matter is going forward.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [D.I. 5, 1/27/20]

   Status: This matter is going forward.

6. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Its Existing Cash Management System and (B) Maintain Existing Bank Accounts, Check Stock and Business Forms [D.I. 6, 1/27/20]

   Status: This matter is going forward.

7. Application of the Debtor for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date [D.I. 7, 1/27/20]

   Status: This matter is going forward.

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay or Honor Prepetition and Postpetition (A) Obligations to Holders of Royalty Interests, Overriding Royalty Interests, and Working Interests; and (B) Production Expenses and Joint Interest Billings; and (II) Granting Related Relief [D.I. 8, 1/27/20]

   Status: This matter is going forward.

9. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition RBL Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [Redacted D.I. 23, 1/27/20; Sealed D.I. 24, 1/27/20]

   A. Declaration of Avi Robbins in Support of the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition RBL Secured Parties, (III) Granting Liens and Superiority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief ] [D.I. 26, 1/27/20]

   Status: This matter is going forward.

25877528.1

2

10.     Motion of Debtor for Entry of an Order Authorizing the Filing Under Seal of Proposed Debtor-In-Possession Financing Letters [D.I. 25, 1/27/20]

         Status:     This matter is going forward.

Dated: January 28, 2020  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elizabeth S. Justison*  
M. Blake Cleary (No. 3614)  
Sean M. Beach (No. 4070)  
Elizabeth S. Justison (No. 5911)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: mbcleary@ycst.com  
        sbeach@ycst.com  
        ejustison@ycst.com

-and-

SHEARMAN & STERLING LLP

C. Luckey McDowell (admitted *pro hac vice*)  
Ian E. Roberts (admitted *pro hac vice*)  
2828 N. Harwood Street, Suite 1800  
Dallas, TX 75201  
Phone: (214) 271-5777  
Email: luckey.mcdowell@shearman.com  
        ian.roberts@shearman.com

Sara Coelho (admitted *pro hac vice*)  
599 Lexington Ave.  
New York, NY 10022  
Phone: (212) 848-4000  
Email: sara.coelho@shearman.com  
fay.teloni@shearman.com

*Proposed Co-Counsel to the Debtor and Debtor in Possession*