**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Southland Royalty Company, LLC | : | Case No. 20-10158 (KBO) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.  **Halliburton Energy Services, Inc.,** Attn: Connie Talley, Manager, Customer Financial Services, 210 Park Ave., Suite 2000, Oklahoma City, OK 73102, Phone: (405) 552-1768

2.  **F&S Trucking, Inc.,** Attn: Suzanne Sebo, Treasurer & Secretary, P.O. Box 875, Rawlins, WY 82301, Phone: (307) 320-8236

3.  **Taylor Construction, Inc.,** Attn: Dawn Connors, CFO, P.O. Box 1616, Pinedale, WY 82941-1616, Phone: (307) 367-4155

4.  **Terry R. Pitt Construction, Inc.,** Attn: Troy Householder, Operations Manager, 180 Pollux Drive, Rock Springs, WY 82901, Phone: (307) 362-8077

5.  **White River Royalties, LLC,** Attn: Susan J. Jerman, Member, 4194 South Valentia Street, Denver, CO 80237-1746, Phone: (720) 341-4877

ANDREW R. VARA
Acting United States Trustee, Region 3


/s/ *Linda J. Casey* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 10, 2020

Attorney assigned to this Case: Linda J. Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: M. Blake Cleary, Esq., Phone: (302) 571-6600, Fax: (302) 571-1253