# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| SOUTHLAND ROYALTY COMPANY LLC, | ) Case No. 20-10158 (KBO) |
| Debtor.[1] | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2020 AT 1:30 P.M. (ET)

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824, N. MARKET STREET, 6TH FLOOR COURTROOM 3, WILMINGTON, DELAWARE 19801

**UNCONTESTED MATTERS WITH CERTIFICATIONS FILED:**

1. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 3, 1/27/20]

    Response/Objection Deadline: February 12, 2020 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A. Informal comments from the Official Committee of Unsecured Creditors

    B. Informal comments from the Office of the United States Trustee

    Related Documents:

    C. Interim Order [D.I. 36, 1/29/20]

    D. Omnibus Notice of First Day Motions and Hearing Thereon [D.I. 54, 1/30/20]

---

[1] The last four digits of the Debtor's United States federal tax identification number are 8522. The Debtor's mailing address is 400 West 7th Street, Fort Worth, Texas 76102.

25961403.2

  E. Certification of Counsel [D.I. 141, 2/21/20]

  F. Revised Proposed Final Order

 Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

2. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain Its Insurance Policies, (II) Enter Into and Finance New Insurance Policies, (III) Maintain Its Surety Program and (IV) Pay All Obligations in Respect of the Foregoing [D.I. 4, 1/27/20]

 Response/Objection Deadline: February 12, 2020 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)

 Responses/Objections Received:

  A. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 128, 2/19/20]

  B. Informal comments from the Office of the United States Trustee

 Related Documents:

  C. Interim Order [D.I. 37, 1/29/20]

  D. Notice of Final Hearing and Entry of Interim Order [D.I. 54, 1/30/20]

  E. Certification of Counsel [D.I. 149, 2/24/20]

  F. Revised Proposed Final Order

 Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [D.I. 5, 1/27/20]

 Response/Objection Deadline: February 12, 2020 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 128, 2/19/20]

Related Documents:

B. Interim Order [D.I. 38, 1/29/20]

C. Notice of Final Hearing and Entry of Interim Order [D.I. 54, 1/30/20]

D. Certification of Counsel [D.I. 148, 2/24/20]

E. Revised Proposed Final Order

Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

4. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Its Existing Cash Management System and (B) Maintain Existing Bank Accounts, Check Stock and Business Forms [D.I. 6, 1/27/20]

Response/Objection Deadline: February 12, 2020 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 127, 2/19/20]

Related Documents:

B. Interim Order [D.I. 39, 1/29/20]

C. Notice of Final Hearing and Entry of Interim Order [D.I. 54, 1/30/20]

D. Certification of Counsel [D.I. 152, 2/24/20]

E. Revised Proposed Final Order

Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

5.     Debtor's Motion for Entry of an Order Authorizing Rejection of Contract with Nabors Drilling USA (A Division of Nabors Drilling Technologies USA, Inc.) Effective as of January 31, 2020 [D.I. 68, 2/4/20]

    Response/Objection Deadline: February 18, 2020 at 4:00 p.m. (ET); Extended for Nabors Drilling Technologies USA, Inc. and the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.     Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 125, 2/19/20]

        B.     Limited Objection of Nabors Drilling Technologies USA, Inc. [D.I. 129, 2/19/20]

    Related Documents:

        C.     Certification of Counsel [D.I. 153, 2/24/20]

        D.     Proposed Order

    Status: A certification of counsel has been filed with an agreed order and stipulation. No hearing is necessary unless the Court has questions.

6.     Debtor's Application for an Order Authorizing the Retention and Employment of Shearman & Sterling LLP as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date [D.I. 73, 2/5/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET); Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

    Responses/Objections Received: None

    Related Documents:

        A.     First Supplemental Declaration of C. Luckey McDowell in Support of Debtor's Application for an Order Authorizing the Retention and Employment of Shearman & Sterling LLP as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date [D.I. 135, 2/20/20]

        B.     Certificate of No Objection [D.I. 142, 2/21/20]

      C.      Proposed Order

Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions.

7. Debtor's Application for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [D.I. 74, 2/5/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET); Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

    Responses/Objections Received: None

    Related Documents:

      A.      Certificate of No Objection [D.I. 143, 2/21/20]

      B.      Proposed Order

Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions.

8. Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtor, Effective as of the Petition Date [D.I. 76, 2/5/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET); Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

    Responses/Objections Received:

      A.      Informal comments from the Office of the United States Trustee

    Related Documents:

      B.      Certification of Counsel [D.I. 147, 2/21/20]

      C.      Revised Proposed Order

Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

9. Debtor's Motion for an Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 100, 2/12/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET); Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

    Responses/Objections Received:

    A. Informal comments from the Official Committee of Unsecured Creditors

    Related Documents:

    B. Certification of Counsel [D.I. 145, 2/21/20]

    C. Revised Proposed Order

    Status: A certification of counsel has been filed. No hearing is required unless the Court has questions.

10. Debtor's Motion for Entry of an Order Extending the Time for Filing Schedules and Statements [D.I. 101, 2/12/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET); Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

    Responses/Objections Received: None

    Related Documents:

    A. Certificate of No Objection [D.I. 144, 2/21/20]

    B. Proposed Order

    Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions.

11.     Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtor to Retain and Compensate Certain Professionals Used in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [D.I. 102, 2/12/20]

> Response/Objection Deadline:    February 19, 2020 at 4:00 p.m. (ET); Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee
>
> Responses/Objections Received:
>
> > A.     Informal comments from the Office of the United States Trustee
> >
> > B.     Informal comments from the Official Committee of Unsecured Creditors
>
> Related Documents:
>
> > C.     Certification of Counsel [D.I. 146, 2/21/20]
> >
> > D.     Revised Proposed Order
>
> Status:     A certification of counsel has been filed. No hearing is required unless the Court has questions.

**CONTESTED MATTERS GOING FORWARD:**

12.     Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay or Honor Prepetition and Postpetition (A) Obligations to Holders of Royalty Interests, Overriding Royalty Interests, and Working Interests; and (B) Production Expenses and Joint Interest Billings; and (II) Granting Related Relief [D.I. 8, 1/27/20]

> Response/Objection Deadline:    February 12, 2020 at 4:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)
>
> Responses/Objections Received:
>
> > A.     Informal comments from the Official Committee of Unsecured Creditors
> >
> > B.     Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 124, 2/19/20]

Related Documents:

      C.      Interim Order [D.I. 41, 1/29/20]

      D.      Notice of Final Hearing and Entry of Interim Order [D.I. 54, 1/30/20]

Status:      This matter is going forward.

13.      Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition RBL Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [Redacted D.I. 23, 1/27/20; Sealed D.I. 24, 1/27/20]

Response/Objection Deadline:      February 12, 2020 at 4:00 p.m. (ET) Extended for the Official Committee of Unsecured Creditors until February 19, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

      A.      Limited Objection of Wamsutter LLC [D.I. 93, 2/12/20]

      B.      Objection of Nabors Drilling Technologies USA, Inc. [D.I. 96, 2/12/20]

      C.      Objection of Spartan Companies, LLC [D.I. 119, 2/17/20]

      D.      Joinder of Flash Funding, LLC, as Assignee of Valiant International Pipeline LLC, to Spartan Companies, LLC's Objection [D.I. 121, 2/18/20]

          a.  Exhibit A to Flash Funding, LLC's Joinder [D.I. 122, 2/19/20]

      E.      Joinder of Lien Group to Spartan Companies, LLC's Objection [D.I. 130, 2/19/20]

      F.      Objection of the Official Committee of Unsecured Creditors [D.I. 131, 2/19/20]

      G.      Joinder of Red Cedar Gathering Company to Wamsutter LLC Objection [D.I. 140, 2/21/20]

      H.      Informal comments from the United States, Department of the Interior

Related Documents:

      I.      Declaration of Avi Robbins in Support of DIP Motion [D.I. 26, 1/27/20]

      J.      Notice of Filing of Redacted Exhibit C to DIP Motion [D.I. 34, 1/29/20]

      K.      Order Authorizing the Filing Under Seal of Proposed Debtor-in Possession Financing Letters [D.I. 42, 1/29/20]

      L.      Interim Order [D.I. 51, 1/29/20]

      M.      Notice of Final Hearing and Entry of Interim Order [D.I. 54, 1/30/20]

      N.      Notice of Filing of DIP Credit Agreement [D.I. 90, 2/11/20]

      O.      Notice of Filing Proposed Final DIP Order [D.I. 154, 2/24/20]

      P.      Debtor's Omnibus Reply in Support of DIP Motion [D.I. 155, 2/24/20]

          a.      Debtor's Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtor Leave and Permission to File the Debtor's Omnibus Reply in Support of DIP Motion [D.I. 157, 2/24/20]

Status: Items A, B, C, D, E, and H are resolved, subject to the inclusion of agreed language in the proposed final order. This matter is going forward with respect to the remaining items.

14. Debtor's Motion for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of Frank A. Pometti as Chief Restructuring Officer and David Rawden as Chief Administrative Officer *Nunc Pro Tunc* to the Petition Date, and (III) Granting Related Relief [D.I. 72, 2/5/20]

Response/Objection Deadline:      February 19, 2020 at 4:00 p.m. (ET) Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

Responses/Objections Received:

      A.      Informal comments from the Office of the United States Trustee.

      B.      Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 126, 2/19/20]

Related Documents:

      C.      Supplemental Declaration of Frank A. Pometti of AP Services, LLC [D.I. 132, 2/19/20]

Status: Item A is resolved. This matter is going forward with respect to Item B.

15. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of PJT Partners LP as Investment Banker for the Debtor and Debtor in Possession, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 75, 2/5/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET) Extended until February 21, 2020 at noon (ET) for the Office of the United States Trustee

    Responses/Objections Received:

    A. Informal comments from the Office of the United States Trustee

    B. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 126, 2/19/20]

    Related Documents: None.

    Status: Item A is resolved. This matter is going forward with respect to Item B.

16. Debtor's Motion for Entry of an Order Authorizing Entry into Amendment to Management Services Agreement [D.I. 77, 2/5/20]

    Response/Objection Deadline: February 19, 2020 at 4:00 p.m. (ET); Extended until February 24, 2020 at 3:00 p.m. (ET) for the Office of the United States Trustee

    Responses/Objections Received:

    A. Informal comments from the Official Committee of Unsecured Creditors

    B. Informal comments from the Office of the United States Trustee

    Related Documents:

    C. Notice of Filing of Sealed Exhibit Related to Debtor's Motion for Entry of an Order Authorizing Entry into Amendment to Management Services Agreement [SEALED D.I. 137, 2/21/20; REDACTED D.I. 138, 2/21/20]

    D. Notice of Filing of Exhibits Related to Debtor's Motion for Entry of an Order Authorizing Entry into Amendment to Management Services Agreement [D.I. 139, 2/21/20]

      E.      Declaration of Frank A. Pometti in Support of Debtor's Motion for Entry of an Order Authorizing Entry Into Amendment to Management Services Agreement [D.I. 151, 2/24/20]

    <u>Status</u>:    This matter is going forward.

17.    Debtor's Motion for Entry of an Order (I) Authorizing the Filing Under Seal of the List of Participating Employees in Connection with the Debtor's MSA Amendment Motion and (II) Directing Parties to Redact Confidential Information [D.I. 136, 2/21/20]

    <u>Response/Objection Deadline</u>:    At the hearing.

    <u>Responses/Objections Received</u>:    None to date.

    <u>Related Documents</u>:

      A.      Notice of Filing of Sealed Exhibit Related to Debtor's Motion for Entry of an Order Authorizing Entry into Amendment to Management Services Agreement [SEALED D.I. 137, 2/21/20; REDACTED D.I. 138, 2/21/20]

      B.      Proposed Order

    <u>Status</u>:    This matter is going forward.

*[Signature page follows]*

| | |
|---|---|
| Dated: February 24, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Sean M. Beach (No. 4070)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mbcleary@ycst.com<br>sbeach@ycst.com<br>ejustison@ycst.com<br><br>-and-<br><br>**SHEARMAN & STERLING LLP**<br><br>C. Luckey McDowell (admitted *pro hac vice*)<br>Ian E. Roberts (admitted *pro hac vice*)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201<br>Phone: (214) 271-5777<br>Email: luckey.mcdowell@shearman.com<br>ian.roberts@shearman.com<br><br>Sara Coelho (admitted *pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 848-4000<br>Email: sara.coelho@shearman.com<br><br>*Proposed Co-Counsel to the Debtor and Debtor in Possession* |